**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 45 MAL 2023

          Respondent :

           : Petition for Allowance of Appeal
           : from the Order of the Superior Court

          v. :

ELIJAH MALIK HALL DAY, :

          Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of June, 2023, the Petition for Allowance of Appeal is **DENIED**.